

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-13-00025-CR |
| Ex Parte: Daniel Alvarez, | § | Appeal from the |
| Appellant. | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 960D10169-384-1) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **February 5, 2014.** NO FUTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before February 5, 2014.

IT IS SO ORDERED this 8th day of January, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.